| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 2:05:CR:46-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 08CR 264 |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Jeffrey Saad | DISTRICT WESTERN DISTRICT OF MICHIGAN | DIVISION NORTHERN |
| | NAME OF SENTENCING JUDGE THE HONORABLE R. ALLAN EDGAR | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/23/07 — TO 11/22/10 |

OFFENSE

Count One: Interstate Travel in Aid of Racketeering; 18 U.S.C. § 1952(a)(3)(A)

Count Two: Civil Forfeiture; 18 U.S.C. §§ 981(a)(1)(C) and 1952; 28 U.S.C. § 2461

MAGISTRATE JUDGE VALDEZ  JUDGE CASTILLO

FILED MAR 28 2008 NF
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "WESTERN DISTRICT OF MICHIGAN"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

2/28/08
Date

*signature*
Hon. R. Allan Edgar
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "NORTHERN DISTRICT OF ILLINOIS"

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAR 2 6 2008
Effective Date

*signature* James F. Holderman
Hon.
United States District Judge