| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 2:05:CR:46-01 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 08 CR 264 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Jeffrey Saad | DISTRICT | DIVISION |
|---|---|---|
| | WESTERN DISTRICT OF MICHIGAN | NORTHERN |

**FILED - GR**
April 7, 2008 1:58 PM
RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ___gf__/___

| NAME OF SENTENCING JUDGE |
|---|
| THE HONORABLE R. ALLAN EDGAR |

| DATES OF PROBATION/SUPERVISED RELEASE: | FROM 11/23/07 | TO 11/22/10 |
|---|---|---|

**OFFENSE**

Count One: Interstate Travel in Aid of Racketeering; 18 U.S.C. § 1952(a)(3)(A)

Count Two: Civil Forfeiture; 18 U.S.C. §§ 981(a)(1)(C) and 1952; 28 U.S.C. § 2461

*JUDGE CASTILLO*
*MAGISTRATE JUDGE VALDEZ*

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "WESTERN DISTRICT OF MICHIGAN"

*FILED*
*APR 15 2008*
*MICHAEL W. DOBBINS*
*CLERK, U.S. DISTRICT COURT*

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605, the jurisdiction of the ⟨probationer or supervised⟩ releasee named above be transferred with the records of the Court to the United States District Court ⟨for the North⟩ern District of Illinois upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

Certified as a True Copy
of an electronically filed document
Ronald C. Weston, Sr., Clerk
By _____
Deputy Clerk
U.S. District Court
Western Dist. of Michigan

_2/28/08_
Date

Date _4/9/08_

_____
Hon. R. Allan Edgar
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "NORTHERN DISTRICT OF ILLINOIS"

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAR 26 2008

_Effective Date_

James F. Holderman
United States District Judge

A TRUE COPY ATTEST
MICHAEL W. DOBBINS, CLERK
BY _____
U.S. DISTRICT COURT
DISTRICT OF ILLINOIS
DATE: APR 03 2008

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
OFFICE OF THE CLERK
www.miwd.uscourts.gov

| 399 Federal Bldg. | B-35 Federal Bldg. | 113 Federal Bldg. | 229 Federal Bldg. |
|---|---|---|---|
| 110 Michigan St., NW | 410 W. Michigan Ave. | 315 W. Allegan St. | 202 W. Washington St. |
| Grand Rapids, MI 49503 | Kalamazoo, MI 49007 | Lansing, MI 48933 | Marquette, MI 49855 |
| (616) 456-2381 | (269) 337-5706 | (517) 377-1559 | (906) 226-2021 |

April 9, 2008

United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

*FILED*

*APR 15 2008*

*MICHAEL W. DOBBINS*
*CLERK, U.S. DISTRICT COURT*

RE:     USA v. Jeffrey Saad
        OUR Case No. 2:05-cr-46-01  Hon. R. Allan Edgar

Dear Court Personnel:

Pursuant to the enclosed Order for Transfer of Jurisdiction over the above-named supervised releasee to the Northern District of Illinois filed April 7, 2008, we are herewith sending certified copies of our order of transfer and docket sheet .

The documents that make up the case file are available electronically through PACER.   Please contact our e-filing help desk via email at ecfhelp@miwd.uscourts.gov if you need further assistance.

Please acknowledge receipt of this transfer case by returning a date-stamped copy of this letter to our court in the enclosed self-addressed envelope.  Thank you.

Sincerely,

Ronald C. Weston, Sr., Clerk

/s/Carole Poggi

By:  Deputy Clerk

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS

312-435-5698

**April 3, 2008**

U.S. District Court
Northern District of Michigan
Mr. Ronald C. Weston, Clerk
United States District Court
399 Gerald R. Ford Federal Building
110 Michigan Street, N.W.
Grand Rapids, MI 49503

FILED

APR 1 5 2008    NF

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Clerk:

**Re:**   2:05-CR-46-01    USA v. Jeffrey Saad    Judge R. Allan Edgar

Our Case Number:   08 CR 264 - Northern District of Illinois

Enclosed is a certified copy of the Probation Form 22, Transfer of Jurisdiction, regarding, which has been accepted and assumed by this Court in the Northern District of Illinois, Eastern Division.

Please forward a certified copy of the indictment/information, judgment and docket along with  the enclosed copy of this letter to the United States District Court at the above address.  Your prompt attention to this matter is greatly appreciated.

Sincerely,

Michael W. Dobbins
Clerk

by:

Marsha E. Glenn
Deputy Clerk

Enclosure

CLOSED

# United States District Court
## Western District of Michigan (Northern Division (2))
### CRIMINAL DOCKET FOR CASE #: 2:05-cr-00046-RAED-1

Case title: USA v. Saad

Date Filed: 10/12/2005
Date Terminated: 09/27/2006

Assigned to: EDTN Judge R. Allan
Edgar

### defendant (1)

**Jeffrey G. Saad**
*TERMINATED: 09/27/2006*

represented by **James E. Nancarrow**
James E. Nancarrow PC
109 W Baraga Ave., Ste. A
Marquette, MI 49855
(906) 228-5715
Fax: (906) 228-9124
Email:
jenancarrow@charterinternet.com
*TERMINATED: 03/28/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

**FILED**
APR 1 5 2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**Scott J. Brogan**
James E. Nancarrow PC
109 W Baraga Ave., Ste. A
Marquette, MI 49855
(906) 228-5715
Email: scottbrogan@chartermi.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Retained

Certified as a True Copy
Ronald C. Weston, Sr., Clerk
By _Carol Fogg_
Deputy Clerk
U.S. District Court
Western Dist. of Michigan
Date _4/9/08_

### Pending Counts

18:1952(a)(3)(A), 18:2
RACKETEERING - TRANSPORTING
IN AID OF (Interstate Travel In Aid of
Racketeering Enterprises)
(1s)

### Disposition

15 months imprisonment, 3 years
supervised release, $100 special
assessment, $1,000 fine, defendant to
self-surrender on or before 2:00 p.m. on
Monday, October 23, 2006.

18:981(a)(1)(C), 28:2461,
18:1952(a)(3)(A) CIVIL FORFEITURE
(Forfeiture Allegation)
(2s)

15 months imprisonment, 3 years
supervised release, $100 special
assessment, $1,000 fine, defendant to
self-surrender on or before 2:00 p.m. on
Monday, October 23, 2006.

### Highest Offense Level (Opening)

Felony

### Terminated Counts

**Disposition**

21:846; 21:841(a)(1); 21:841(b)(1)(C);
21:841(b)(1)(D) CONSPIRACY TO
DISTRIBUTE CONTROLLED
SUBSTANCE (Conspiracy to Distribute
and Possess with Intent to Distribute
Cocaine and Marijuana
(1)

Dismissed

21:841(a)(1); 21:841(b)(1)(C); 18:2
CONTROLLED SUBSTANCE - SELL,
DISTRIBUTE, OR DISPENSE
(Posession with Intent to Distribute
Cocaine)
(2)

Dismissed

21:841(a)(1); 21:841(b)(1)(D); 18:2
CONTROLLED SUBSTANCE - SELL,
DISTRIBUTE, OR DISPENSE
(Posession with Intent to Distribute
Marijuana)
(3)

Dismissed

21:856(a)(1); 21:856(b); 21:856(c);
21:856(d) Controlled Substance -
Sell/Distribute/Dispense (Maintaining a
Drug Establishment
(4)

Dismissed

21:853; 21:846; 21:841(a)(1); 21:856
CRIMINAL FORFEITURES
(5)

Dismissed

### Highest Offense Level (Terminated)

Felony

### Complaints

**Disposition**

None

**Plaintiff**

USA                                   represented by   **Brian P. Lennon**
                                                       U.S. Attorney (Grand Rapids)
                                                       The Law Bldg.
                                                       330 Ionia Ave., NW
                                                       P.O. Box 208
                                                       Grand Rapids, MI 49501-0208
                                                       (616) 456-2404
                                                       Email: Brian.Lennon@usdoj.gov
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Maarten Vermaat**
                                                       U.S. Attorney (Marquette)
                                                       Republic Bank Bldg., 2nd Fl.
                                                       1930 US 41 W
                                                       Marquette, MI 49855
                                                       (906) 226-2500
                                                       Email: Maarten.Vermaat@usdoj.gov
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Matthew G. Borgula**
                                                       U.S. Attorney (Grand Rapids)
                                                       The Law Bldg.
                                                       330 Ionia Ave., NW
                                                       P.O. Box 208
                                                       Grand Rapids, MI 49501-0208
                                                       (616) 456-2404
                                                       Email: matthew.borgula@usdoj.gov
                                                       *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/12/2005 | 1 | INDICTMENT as to Jeffrey G. Saad (pjc, ) (Entered: 11/07/2005) |
| 10/12/2005 | 3 | MOTION and ORDER to seal case as to Jeffrey G. Saad until defendant is arrested, the investigation is completed, or further order of this court; CASE UNSEALED pursuant to appearance of defendant on 10/31/05 ; signed by Magistrate Judge Timothy P. Greeley (pjc, ) (Entered: 11/07/2005) |
| 10/31/2005 |  | ARREST of Jeffrey G. Saad (pjc, ) (Entered: 11/07/2005) |
| 10/31/2005 | 4 | ARREST WARRANT RETURNED EXECUTED; defendant Jeffrey G. Saad arrested on 10/31/05 (pjc, ) (Entered: 11/07/2005) |
| 10/31/2005 | 5 | ATTORNEY APPEARANCE of James E. Nancarrow for defendant Jeffrey G. Saad *with jury demand* (pjc, ) (Entered: 11/08/2005) |

| 10/31/2005 | 6 | MINUTES of FIRST APPEARANCE/ARRAIGNMENT as to Jeffrey G. Saad (1) Count 1-5; defendant entered a plea of not guilty to all counts; held before Magistrate Judge Timothy P. Greeley; deft released on $5,000 unsecured appearance bond (Proceedings Digitally Recorded) (Magistrate Judge Timothy P. Greeley, pjc) (Entered: 11/08/2005) |
| --- | --- | --- |
| 10/31/2005 | 7 | ORDER directing release of defendant Jeffrey G. Saad (1) released on $5000 unsecured appearance bond ; signed by Magistrate Judge Timothy P. Greeley (pjc, ) (Entered: 11/08/2005) |
| 10/31/2005 | 8 | ORDER setting conditions of release for defendant Jeffrey G. Saad (1) $5,000 unsecured appearance bond ; signed by Magistrate Judge Timothy P. Greeley (pjc, ) (Entered: 11/08/2005) |
| 11/08/2005 | 9 | ORDER as to defendant Jeffrey G. Saad: motions due by 11/28/2005; initial pretrial conference set for 11/29/2005 at 11:00 AM at 235 Federal Building, Marquette, MI before Magistrate Judge Timothy P. Greeley; final pretrial conference set for 2/1/2006 at 11:00 AM at 235 Federal Building, Marquette, MI before Magistrate Judge Timothy P. Greeley; jury trial set for 2/14/2006 at 09:00 AM at 235 Federal Building, Marquette, MI before Judge Gordon J. Quist;signed by Magistrate Judge Timothy P. Greeley (Magistrate Judge Timothy P. Greeley, pjc) (Entered: 11/08/2005) |
| 11/08/2005 | | Copy of Order Setting Conditions of Release 8 , Criminal Case Management Order (MQ) 9 and Order Directing Release on PR or Unsecured Appearance Bond 7 as to defendant Jeffrey G. Saad distributed to local U.S. Marshals (cep, ) (Entered: 11/08/2005) |
| 11/09/2005 | 10 | NOTICE rescheduling hearing as to Jeffrey G. Saad: initial pretrial conference set for 11/28/2005 at 09:30 AM at 235 Federal Building, Marquette, MI before Magistrate Judge Timothy P. Greeley; (pjc, ) (Entered: 11/09/2005) |
| 11/09/2005 | | Copy of Notice Rescheduling Hearing 10 as to defendant Jeffrey G. Saad distributed to local U.S. Marshals (cep, ) (Entered: 11/09/2005) |
| 11/17/2005 | 11 | ATTORNEY APPEARANCE of Maarten Vermaat for USA *as co-counsel* (Vermaat, Maarten) (Entered: 11/17/2005) |
| 12/02/2005 | 12 | NOTICE rescheduling hearing as to Jeffrey G. Saad: initial pretrial conference reset for 1/3/2006 at 04:30 PM at 235 Federal Building, Marquette, MI before Magistrate Judge Timothy P. Greeley; (pjc, ) Modified on 12/2/2005 to reflect conference to be held in Marquette (pjc) (Entered: 12/02/2005) |
| 12/02/2005 | | Copy of Notice Rescheduling Hearing 12 as to defendant Jeffrey G. Saad distributed to Local US Marshals (cam,) (Entered: 12/02/2005) |
| 01/03/2006 | 13 | UNOPPOSED MOTION to adjourn *Pretrial Conferences and Ends of Justice Continuance of the Trial Date, and Supporting Brief* ("Expedited Consideration Requested") by USA as to Jeffrey G. Saad (Lennon, Brian) Modified on 1/3/2006 to edit text (cep, ). (Entered: 01/03/2006) |

| 01/11/2006 | 14 | ORDER TO CONTINUE - ends of justice continuance as to defendant Jeffrey G. Saad; time is excluded from 1/11/06 until 5/22/06; granting govt's motion for adjournment (#13); jury trial set for 5/22/2006 at 09:00 AM at 235 Federal Building, Marquette, MI before EDTN Judge R. Allan Edgar; signed by Magistrate Judge Timothy P. Greeley (Magistrate Judge Timothy P. Greeley, pjc) (Entered: 01/11/2006) |
|---|---|---|
| 01/11/2006 |  | Copy of Order to Continue - Ends of Justice 14 as to defendant Jeffrey G. Saad distributed to local U.S. Marshals (cep, ) (Entered: 01/11/2006) |
| 01/18/2006 | 15 | ORDER as to defendant Jeffrey G. Saad: final pretrial conference set for 5/8/2006 at 02:00 PM at 235 Federal Building, Marquette, MI before Magistrate Judge Timothy P. Greeley; jury trial set for 5/22/2006 at 09:00 AM at 235 Federal Building, Marquette, MI before EDTN Judge R. Allan Edgar; signed by Magistrate Judge Timothy P. Greeley (Magistrate Judge Timothy P. Greeley, pjc) (Entered: 01/18/2006) |
| 01/20/2006 |  | Copy of Order Setting Pretrial and Jury Trial (MQ) 15 as to defendant Jeffrey G. Saad distributed to local U.S. Marshals (cep, ) (Entered: 01/20/2006) |
| 01/30/2006 | 16 | WAIVER of Speedy Trial by Jeffrey G. Saad (cep, ) (Entered: 01/31/2006) |
| 02/06/2006 | 17 | NOTICE rescheduling jury trial as to Jeffrey G. Saad set for 6/6/2006 at 09:00 AM at Marquette, MI before EDTN Judge R. Allan Edgar; (rescheduled from 5/22/06 at 9:00 a.m. (cam,) (Entered: 02/06/2006) |
| 02/06/2006 |  | Copy of Notice Rescheduling Trial 17 as to defendant Jeffrey G. Saad distributed to Local US Marshals (cam,) (Entered: 02/06/2006) |
| 02/08/2006 | 18 | ATTORNEY APPEARANCE of Scott J. Brogan for defendant Jeffrey G. Saad (Brogan, Scott) (Entered: 02/08/2006) |
| 04/13/2006 | 19 | NOTICE rescheduling hearing as to Jeffrey G. Saad: final pretrial conference reset for 6/5/2006 at 03:00 PM at 235 Federal Building, Marquette, MI before EDTN Judge R. Allan Edgar; (pjc, ) (Entered: 04/13/2006) |
| 04/13/2006 |  | Copy of Notice Rescheduling Hearing 19 as to defendant Jeffrey G. Saad distributed to local U.S. Marshals (cep, ) (Entered: 04/13/2006) |
| 04/24/2006 | 20 | NOTICE rescheduling trial as to Jeffrey G. Saad jury trial set for 6/7/2006 at 09:00 AM at Marquette, MI before EDTN Judge R. Allan Edgar; (rescheduled from 6/6/06) (cam, ) (Entered: 04/24/2006) |
| 04/25/2006 |  | Copy of Notice Rescheduling Trial 20 as to defendant Jeffrey G. Saad distributed to local U.S. Marshals (cep, ) (Entered: 04/25/2006) |
| 05/02/2006 | 21 | NOTICE rescheduling hearing as to Jeffrey G. Saad: final pretrial conference set for 6/6/2006 at 09:00 AM at 235 Federal Building, Marquette, MI before EDTN Judge R. Allan Edgar; (pjc, ) (Entered: 05/02/2006) |
| 05/03/2006 |  | Copy of Notice Rescheduling Hearing 21 as to defendant Jeffrey G. Saad distributed to local U.S. Marshals (cep, ) (Entered: 05/03/2006) |

| 05/31/2006 | 22 | PLEA AGREEMENT as to Jeffrey G. Saad (Lennon, Brian) (Entered: 05/31/2006) |
|---|---|---|
| 06/02/2006 | 23 | NOTICE as to Jeffrey G. Saad: change of plea hearing is set for 6/8/2006 at 11:00 AM at 235 Federal Building, Marquette, MI before Magistrate Judge Timothy P. Greeley; (pjc, ) (Entered: 06/02/2006) |
| 06/02/2006 | | Copy of Notice of Change of Plea 23 as to defendant Jeffrey G. Saad distributed to Local US Marshals (cam, ) (Entered: 06/02/2006) |
| 06/06/2006 | 24 | *Superseding* FELONY INFORMATION as to defendant Jeffrey G. Saad (Lennon, Brian) (Entered: 06/06/2006) |
| 06/08/2006 | 25 | CONSENT between defendant Jeffrey G. Saad and counsel allowing Magistrate Judge to preside over guilty plea hearing (pjc, ) (Entered: 06/08/2006) |
| 06/08/2006 | 26 | WAIVER OF INDICTMENT by defendant Jeffrey G. Saad (pjc, ) (Entered: 06/08/2006) |
| 06/08/2006 | 27 | MINUTES of CHANGE OF PLEA as to defendant Jeffrey G. Saad held before Magistrate Judge Timothy P. Greeley (Proceedings Digitally Recorded) (Magistrate Judge Timothy P. Greeley, pjc) (Entered: 06/08/2006) |
| 06/08/2006 | 28 | REPORT AND RECOMMENDATION that the guilty plea of Jeffrey G. Saad as to Counts 1 and 2 of the Superseding Felony Information be accepted; transcript of plea proceedings to be ordered ; objections to R&R due within 10 days ; signed by Magistrate Judge Timothy P. Greeley (Magistrate Judge Timothy P. Greeley, pjc) (Entered: 06/08/2006) |
| 06/08/2006 | 29 | ORDER as to defendant Jeffrey G. Saad: sentencing set for 9/21/2006 at 09:00 AM at 235 Federal Building, Marquette, MI before EDTN Judge R. Allan Edgar;signed by Magistrate Judge Timothy P. Greeley (Magistrate Judge Timothy P. Greeley, pjc) (Entered: 06/08/2006) |
| 06/09/2006 | | Copy of Order Setting Sentencing Date 29 as to defendant Jeffrey G. Saad distributed to local U.S. Marshals (cep, ) (Entered: 06/09/2006) |
| 07/06/2006 | 30 | TRANSCRIPT of Change of Plea held June 8, 2006 before Honorable Timothy P. Greeley, Magistrate Judge as to Jeffrey G. Saad (Transcriptionist: Gilmore, Sharon) (Entered: 07/06/2006) |
| 07/17/2006 | 31 | PROPOSED ORDER *Preliminary Order of Forfeiture* by USA as to Jeffrey G. Saad (Borgula, Matthew) (Entered: 07/17/2006) |
| 07/20/2006 | 32 | ORDER granting proposed Order of Forfeiture 31 as to Jeffrey G. Saad (1) ; signed by EDTN Judge R. Allan Edgar (EDTN Judge R. Allan Edgar, cam) (Entered: 07/20/2006) |
| 07/20/2006 | 33 | ORDER ADOPTING REPORT AND RECOMMENDATION as to Jeffrey G. Saad for Report and Recommendation Regarding Plea, 28 ; signed by EDTN Judge R. Allan Edgar (EDTN Judge R. Allan Edgar, cam) (Entered: 07/20/2006) |

| 07/27/2006 | 34 | NOTICE of Forfeiture for Publication by USA as to Jeffrey G. Saad (Borgula, Matthew) (Entered: 07/27/2006) |
| 08/24/2006 | 35 | PROCESS RECEIPT and RETURN showing service by publication on 8/21/06 of order for forfeiture of property re defendant Jeffrey G. Saad (Attachments:, # 1 Copy of Newspaper "Proof of Publication") (cep, ) (Entered: 08/29/2006) |
| 09/05/2006 | 36 | MOTION for forfeiture of property by USA as to Jeffrey G. Saad (Attachments: # 1 Proposed Order of Forfeiture) (Borgula, Matthew) (Entered: 09/05/2006) |
| 09/18/2006 | 37 | MOTION for downward departure under 5K1.1 And Supporting Brief by USA as to Jeffrey G. Saad (Lennon, Brian) (Entered: 09/18/2006) |
| 09/18/2006 | 38 | UNOPPOSED MOTION for leave to file Government's Downward Departure Motion and Supporting Brief "Out Of Time" by USA as to Jeffrey G. Saad (Lennon, Brian) (Entered: 09/18/2006) |
| 09/21/2006 | 39 | MINUTES of SENTENCING for Jeffrey G. Saad (1), Counts 1s and 2s, 15 months imprisonment, 3 years supervised release, $100 special assessment, $1,000 fine, defendant to self-surrender on or before 2:00 p.m. on Monday, October 23, 2006; held before EDTN Judge R. Allan Edgar (Court Reporter: Sandy Larson) (EDTN Judge R. Allan Edgar, cam) (Entered: 09/21/2006) |
| 09/21/2006 | 40 | ORDER granting motion for leave to file 38 as to Jeffrey G. Saad (1) ; signed by EDTN Judge R. Allan Edgar (EDTN Judge R. Allan Edgar, cam) (Entered: 09/22/2006) |
| 09/21/2006 | 41 | ORDER granting motion for forfeiture of property 36 as to Jeffrey G. Saad (1) ; signed by EDTN Judge R. Allan Edgar (EDTN Judge R. Allan Edgar, cam) (Entered: 09/22/2006) |
| 09/22/2006 | | Certified copies of Order on Motion for Forfeiture of Property 41 as to defendant Jeffrey G. Saad mailed to Matthew G. Borgula (4), Brian Lennon, Maarten Vermaat and Scott Brogan; distributed certified copies to U.S. Marshal in Grand Rapids and local U.S. Marshal (cep, ) (Entered: 09/22/2006) |
| 09/25/2006 | 43 | PROCESS RECEIPT AND RETURN showing writ of execution executed as to Jeffrey G. Saad by US Marshals Service on 9/7/06 (cep, ) (Entered: 09/28/2006) |
| 09/27/2006 | 42 | JUDGMENT as to defendant Jeffrey G. Saad ; signed by EDTN Judge R. Allan Edgar (EDTN Judge R. Allan Edgar, cam) (Entered: 09/27/2006) |
| 09/27/2006 | | Certified copies of Judgment 42 as to defendant Jeffrey G. Saad mailed to Scott Brogan, Brian Lenon, Maarten Vermaat and Matthew Borgula; distributed certified copies to U.S. Marshals (2) and U.S. Probation in Grand Rapids with certified courtesy copies to local U.S. Marshals and U.S. Probation (cep, ) (Entered: 09/27/2006) |
| 09/29/2006 | 44 | MOTION to dismiss the Indictment w/proposed order by USA as to Jeffrey G. Saad (Vermaat, Maarten) (Entered: 09/29/2006) |
| 10/02/2006 | 45 | ORDER granting motion to dismiss 44 as to Jeffrey G. Saad (1) ; signed by EDTN Judge R. Allan Edgar (EDTN Judge R. Allan Edgar, cam) (Entered: |

| | | 10/02/2006) |
|---|---|---|
| 04/17/2007 | 46 | PROBATION PETITION and ORDER as to defendant Jeffrey G. Saad to modify the conditions of supervision ; signed by EDTN Judge R. Allan Edgar (pjc) (Entered: 04/17/2007) |
| 04/07/2008 | 47 | PROBATION/SUPERVISED RELEASE JURISDICTION TRANSFERRED to Northern District of Illinois as to Jeffrey G. Saad (cep) (Entered: 04/09/2008) |
| 04/09/2008 | 48 | TRANSMITTAL LETTER sending documents regarding transfer of jurisdiction of probationer/supervised releasee Jeffrey G. Saad to Northern District of Illinois (cep) (Entered: 04/09/2008) |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

- - - - - - - -

UNITED STATES OF AMERICA,

          Plaintiff,

    vs.

JEFFREY G. SAAD,

          Defendant.

_____/

No.  2:05-cr-46

Hon.  R. ALLAN EDGAR

INDICTMENT

The Grand Jury charges:

## COUNT ONE
(Conspiracy to Distribute and Possess with Intent to Distribute Cocaine & Marijuana)

Beginning on or about an unknown date in 1998 and continuing through on or about November 4, 2004, in Gogebic County, in the Northern Division of the Western District of Michigan, and elsewhere, the defendant,

JEFFREY G. SAAD,

did combine, conspire, confederate, and agree with Daniel J. Saad, and with other persons both known and unknown to the Grand Jury, to knowingly, intentionally and unlawfully distribute and possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, and a quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

21 U.S.C. § 841(b)(1)(C)
21 U.S.C. § 841(b)(1)(D)

<u>COUNT TWO</u>
(Possession With Intent to Distribute Cocaine)

On or about November 4, 2004, in Gogebic County, in the Northern Division of

the Western District of Michigan,

JEFFREY G. SAAD

did knowingly, intentionally and unlawfully possess with intent to distribute a quantity of

a mixture or substance containing a detectable amount of cocaine, a Schedule II

controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)
18 U.S.C. § 2

2

<u>COUNT THREE</u>
(Possession With Intent to Distribute Marijuana)

On or about November 4, 2004, in Gogebic County, in the Northern Division of

the Western District of Michigan,

JEFFREY G. SAAD

did knowingly, intentionally and unlawfully possess with intent to distribute a quantity of

marijuana, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(D)
18 U.S.C. § 2

3

## COUNT FOUR
(Maintaining a Drug Establishment)

Beginning on an unknown date in 1998 and continuing through on or about

November 4, 2004, in Gogebic County, in the Northern Division of the Western District

of Michigan, the defendant,

### JEFFREY G. SAAD,

did knowingly, intentionally and unlawfully maintain a place at E23549 Crystal Lake

Road, Watersmeet, Michigan, which is a single-story ranch-style home with an

unattached garage, for the purpose of storing and distributing marijuana, a Schedule I

controlled substance, and cocaine, a Schedule II controlled substance.

21 U.S.C. § 856(a)(1)
21 U.S.C. § 856(b)
21 U.S.C. § 856(c)
21 U.S.C. § 856(d)

4

<u>COUNT FIVE</u>
(Forfeiture Allegation)

The Grand Jury realleges Counts One, Two, Three and Four of this Indictment

as fully set forth herein.  In committing the felony offenses alleged in Counts One, Two,

Three and Four of this Indictment, which counts are punishable by imprisonment for

more than one year, in violation of Title 21, United States Code, Sections 846,

841(a)(1) and 856,

JEFFREY G. SAAD

used and intended to use, in any manner or part, real property to commit or to facilitate

the commission of the controlled substance violations of Title 21, United States Code,

Sections 846, 841(a)(1), and 856, alleged in Counts One, Two, Three and Four,

including but not limited to, the following property:

> Real property commonly known as E23549 Crystal Lake Road,
> Watersmeet, Michigan, together with all improvements, fixtures and
> appurtenances thereon, which is a parcel of land located in the SW 1/4-
> SW1/4 of Section 33, Township 44 North, Range 39 West & part of
> Government Lot 3 of Section 4, Township 43 North, Range 39 West,
> Watersmeet, Township, Gogebic County, Michigan, more particularly
> described as:
>
>> Commencing at the Southwest corner of Section 33 marked
>> by a brass capped iron pipe; thence S 00° 20'03" W
>> (previously recorded as South) a distance of 291.70 feet
>> along the West boundary line of Section 4 to the intersection
>> of the Michigan/Wisconsin State Boundary line marked by a
>> brass capped pipe monument; thence S 74° 02'30" E
>> (previously recorded as S 74° 55' E) along said State line a
>> distance of 500.48 feet to an iron pin; thence N 00° 20' 03"
>> E and parallel with the West boundary line of Section 4 a
>> distance of 430.15 feet to the intersection of the North
>> boundary line of Section 4; thence N 00° 00' 57" E and
>> parallel with the West boundary line of Section 33 a
>> distance of 90.08 feet to an iron pin located on the South

5

right-of-way limit of County Road 212 (Crystal Lake Road);
thence S 87° 59' 31" E along the South right-of-way limit of
said road a distance of 225.00 feet to a rebar pin marking
the POINT OF BEGINNING; thence continuing S 87° 59' 31"
E a distance of 63.37feet to a roof bolt; thence S 88° 07'
16" E along the South right-of-way limit of said County
Road a distance of 200.03 feet to a roof bolt; thence S 00°
00' 57" W and parallel with the West boundary line of
Section 33 a distance of 72.56 feet to the intersection of the
South boundary line of Section 33; thence S 00° 20' 26" W a
distance of 570.35 feet to the Michigan/Wisconsin boundary
line marked by a roof bolt; thence N 74° 02' 30" W along
said boundary line a distance of 91.42 feet to a rebar pin;
thence N 00° 20' 03" E and parallel with the West boundary
line of Section 4 a distance of 278.73 feet to a rebar pin;
thence S 89° 53' 54 " W and parallel with the North
boundary line of Section 4 a distance of 200.01 feet to a
rebar pin; thence N 00° 20' 03" E a distance of 95.49 feet to
a rebar pin; thence N 89° 53' 54 E a distance of 24.40 feet
to a rebar pin; thence N 00° 20' 03" E a distance of 252.64
feet to the POINT OF BEGINNING and containing
118,537.78 square feet of land.

By virtue of the commission of the felony offenses charged in Counts One, Two,

Three and Four of this Indictment by JEFFREY G. SAAD, any and all interest of

JEFFREY G. SAAD in the above-described real property including things growing on,

affixed to and found on the land, is vested in the United States and shall be forfeited to

the United States pursuant to Title 21, United States Code, Section 853.

21 U.S.C. § 853
21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
21 U.S.C. § 856

6

**A TRUE BILL**


MARGARET M. CHIARA
United States Attorney


_FoR_ BRIAN P. LENNON
Assistant United States Attorney
P.O. Box 208
Grand Rapids, Michigan 49501-0208
(616) 456-2404

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

- - - - - - - -

UNITED STATES OF AMERICA,

                Plaintiff,

No.  2:05-CR-46

    vs.

Hon. R. Allen Edgar
United States District Judge

JEFFREY G. SAAD,

             Defendant.

**SUPERSEDING FELONY INFORMATION**

_____/

The United States Attorney charges:

## COUNT ONE
### (Interstate Travel In Aid Of Racketeering Enterprises)

Between an unknown date in 1998 and continuing through on or about

November 4, 2004, in the Western District of Michigan and elsewhere, the defendant,

**JEFFREY G. SAAD**

did travel in interstate commerce from the State of Illinois to the Western District of

Michigan with the intent to promote, manage, establish, carry on, and facilitate the

promotion, management, establishment and carrying on of an unlawful activity; to wit:  a

conspiracy to distribute and possess with intent to distribute cocaine and marijuana, in

violation of Title 21, United States Code, Sections 846 and 841(a)(1), and thereafter did

perform and attempt to perform acts to promote, manage, establish, and carry on, and

to facilitate the promotion, management, establishment, and carrying on of said

unlawful activity in that the defendant repeatedly traveled from the State of Illinois to the

Western District of Michigan and delivered quantities of cocaine and marijuana to his

residence in Gogebic County, Michigan, knowing or having reason to know that said

cocaine and marijuana would be retrieved by others and redistributed, and that he

traveled from the Western District of Michigan to the State of Illinois with United States

currency that constituted drug proceeds generated through the sale of the cocaine and

marijuana.

18 U.S.C. § 1952(a)(3)(A)
18 U.S.C. § 2

2

## COUNT TWO
### (Forfeiture Allegation)

The United States Attorney realleges Count One of this Superseding Felony

Information as fully set forth herein.  In committing the felony offense alleged in Count

One, which count is punishable by imprisonment for more than one year, in violation of

Title 18, United States Code, Section 1952(a)(3)(A),

### JEFFREY G. SAAD

shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. §

2461(c), any property constituting or derived from and proceeds obtained directly or

indirectly as a result of the offense of Interstate Travel in Aid of Racketeering

Enterprises, in violation of Title 18, United States Code, Sections 1952(a)(3)(A), as

alleged in Count One, including but not limited to, the following property:

> Real property commonly known as E23549 Crystal Lake Road,
> Watersmeet, Michigan, together with all improvements, fixtures and
> appurtenances thereon, which is a parcel of land located in the SW 1/4-
> SW1/4 of Section 33, Township 44 North, Range 39 West & part of
> Government Lot 3 of Section 4, Township 43 North, Range 39 West,
> Watersmeet, Township, Gogebic County, Michigan, more particularly
> described as:

>> Commencing at the Southwest corner of Section 33 marked
>> by a brass capped iron pipe; thence S 00° 20'03" W
>> (previously recorded as South) a distance of 291.70 feet
>> along the West boundary line of Section 4 to the intersection
>> of the Michigan/Wisconsin State Boundary line marked by a
>> brass capped pipe monument; thence S 74° 02'30" E
>> (previously recorded as S 74° 55' E) along said State line a
>> distance of 500.48 feet to an iron pin; thence N 00° 20' 03" E
>> and parallel with the West boundary line of Section 4 a
>> distance of 430.15 feet to the intersection of the North
>> boundary line of Section 4; thence N 00° 00" 57" E and
>> parallel with the West boundary line of Section 33 a distance

3

of 90.08 feet to an iron pin located on the South right-of-way limit of County Road 212 (Crystal Lake Road); thence S 87° 59' 31" E along the South right-of-way limit of said road a distance of 225.00 feet to a rebar pin marking the POINT OF BEGINNING; thence continuing S 87° 59' 31" E a distance of 63.37feet to a roof bolt; thence S 88° 07' 16"  E along the South right-of-way limit of said County Road a distance of 200.03 feet to a roof bolt; thence S 00° 00' 57" W and parallel with the West boundary line of Section 33 a distance of 72.56 feet to the intersection of the South boundary line of Section 33; thence S 00° 20' 26" W a distance of 570.35 feet to the Michigan/Wisconsin boundary line marked by a roof bolt; thence N 74° 02' 30" W along said boundary line a distance of 91.42 feet to a rebar pin; thence N 00° 20' 03" E and parallel with the West boundary line of Section 4 a distance of 278.73 feet to a rebar pin; thence S 89° 53' 54 " W and parallel with the North boundary line of Section 4 a distance of 200.01 feet to a rebar pin; thence N 00° 20' 03" E a distance of 95.49 feet to a rebar pin; thence N 89° 53' 54 E a distance of 24.40 feet to a rebar pin; thence N 00° 20' 03" E a distance of 252.64 feet to the POINT OF BEGINNING and containing 118,537.78 square feet of land.

18 U.S.C. § 981(a)(1)(C)
28 U.S.C. § 2461
18 U.S.C. § 1952(a)(3)(A)

MARGARET M. CHIARA
United States Attorney

_____

BRIAN P. LENNON
Assistant United States Attorney
P.O. Box 208
Grand Rapids, Michigan 49501-0208
(616) 456-2404

4

AO 245B (Rev. 06/05) Sheet 1 - Judgment in a Criminal Case

# United States District Court

## Western District of Michigan

UNITED STATES OF AMERICA

v.

Jeffrey G. Saad

### JUDGMENT IN A CRIMINAL CASE

Case Number: 2:05-cr-46

USM Number: 12510-040

Scott J. Brogan
Defendant's Attorney

THE DEFENDANT:

☒ pleaded guilty to Count 1s and 2s.
☐ pleaded nolo contendere to Count(s)    which was accepted by the court.
☐ was found guilty on Count(s)    after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Offense Ended | Count |
|---|---|---|
| 18:1952(a)(3)(A) and 18:981(a)(1)(C), 1952(a)(3)(A), 28:2461 | 11/4/04 | 1s and 2s |

Nature of Offense:

Interstate Travel in Aid of Racketeering
Forfeiture Allegation (Order granting motion for Forfeiture of Property filed 9/21/06)

The defendant is sentenced as provided in pages 2 through 6 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐    The defendant has been found not guilty on Count(s)   .

☐    Count(s)    (is)(are) dismissed on the motion of the United States

IT IS ORDERED that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

Date of Imposition of Judgment: 9/21/06

DATED:        9/26/06

_/s/ R. Allan Edgar_
R. ALLAN EDGAR
UNITED STATES DISTRICT JUDGE

AO 245B (Rev. 06/05) Sheet 2 - Imprisonment

Judgment--Page 2 of 6
Defendant: Jeffrey G. Saad
Case Number: 2:050cr-46

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **15 months**.

☒    The court makes the following recommendations to the Bureau of Prisons: **That the defendant be afforded the opportunity to participate in appropriate substance abuse treatment including the Bureau of Prisons intensive residential substance abuse treatment program.**

☐   The defendant is remanded to the custody of the United States Marshal.

☒   **The defendant shall surrender to the United States Marshal for this district or the institution designated by the Bureau of Prisons**

      ☒ **on or before 2:00 p.m. on Monday, October 23, 2006.**

      ☐ as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

      ☐ before 2 p.m. on _.

      ☐ as notified by the United States Marshal.

      ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

   Defendant delivered on _____ to _____

_____, with a certified copy of this judgment.

_____

United States Marshal

By_____

Deputy United States Marshal

AO 245B (Rev. 06/05) Sheet 3 - Supervised Release
Judgment--Page 3 of 6
Defendant: Jeffrey G. Saad
Case Number: 2:050cr-46

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **3 years**.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐   The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

[x]   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

[x]   The defendant shall cooperate in the collection of DNA as directed by the probation officer.

☐   The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer.

☐   The defendant shall participate in an approved program for domestic violence.

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1.   the defendant shall not leave the judicial district without the permission of the court or probation officer;
2.   the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3.   the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4.   the defendant shall support his or her dependents and meet other family responsibilities;
5.   the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6.   the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7.   the defendant shall refrain from use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8.   the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9.   the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10.   the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11.   the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12.   the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13.   as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 06/05) Sheet 3C - Supervised Release

Judgment--Page 4 of 6
Defendant: Jeffrey G. Saad
Case Number: 2:050cr-46

## SPECIAL CONDITIONS OF SUPERVISION

1.   The defendant shall participate in a program of testing and treatment for substance abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer, and shall pay at least a portion of the cost according to his ability as determined by the probation officer.
2.   The defendant shall refrain from all use of alcoholic beverages.
3.   The defendant shall perform 300 hours of community service as directed by the probation officer.

AO 245B (Rev. 06/05) Sheet 5 - Criminal Monetary Penalties

Judgment--Page 5 of 6

Defendant: Jeffrey G. Saad
Case Number: 2:050cr-46

## CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS: | $100.00 | $1,000 | none |

☐    The determination of restitution is deferred until _____.  An Amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

☐    The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | $ | $ | |
| TOTALS | none | none | |

☐    Restitution amount ordered pursuant to plea agreement $_____

☐    The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[x]    The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    [x]    the interest requirement is waived for the ☒ fine ☐ restitution.

    ☐    the interest requirement for the ☐ fine ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 06/05) Sheet 6 - Schedule of Payments

Judgment--Page 6 of 6

Defendant: Jeffrey G. Saad

Case Number: 2:050cr-46

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A ☒ Lump sum payment of $ ____100.00____ due immediately, balance due:

☐ not later than _____, or
☐ in accordance with ☐ C, ☐ D, ☐ E, or ☒ F below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

C ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $_____ over a period of (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $_____ over a period of (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F ☒ Special instructions regarding the payment of criminal monetary penalties:

**Any balance due upon commencement of supervision shall be paid, during the term of supervision, in minimum monthly installments of $150 to commence 60 days after release from imprisonment.**

Unless the court has expressly ordered otherwise, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties is due during imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the Clerk of the Court, 399 Federal Building, 110 Michigan, NW, Grand Rapids, Michigan 49503, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.